NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STEVE KELEKIAN, JOSEPH MORALES and DAVID MORALES,<br><br>Defendants. | Case No. 8:24-cv-00854-FWS-JDE<br><br>**ENTRY OF JUDGMENT AND ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS THE UNITED STATES' COMPLAINT AND INCORPORATE SETTLEMENT AGREEMENT INTO THE COURT'S JUDGMENT [66]** |

///
///
///

1

Pursuant to the Stipulation to Dismiss the United States' Complaint and Incorporate Settlement Agreement into the Court's Judgment [66] ("Stipulation"), filed by the Parties in this action on August 4, 2025, **IT IS HEREBY ORDERED AND ADJUDGED THAT**, pursuant to the terms of the Settlement Agreement ("Agreement") reached by the Parties, the United States' First Amended Complaint [45] is **DISMISSED WITH PREJUDICE** and the Agreement attached to the Stipulation as Exhibit 1 is incorporated into and made part of this Order.

The Court will retain continuing jurisdiction to enforce the terms of the Agreement consistent therewith.

**IT IS SO ORDERED**.

Dated: August 4, 2025

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE